UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                )
                                      )
SANDRA LYNN BRINER,                   )     CASE NO.: 17-80160-JJG-13
                                      )
            Debtor.                   )

## MOTION TO DISMISS CASE

Comes now Debtor herein, Sandra Lynn Briner, by Counsel John R. Himes, and for her Motion to Dismiss Case, shows the Court as follows:

1.) That Debtor filed a Voluntary Chapter 13 Bankruptcy Petition under Title 11 of the U. S. Bankruptcy Code on March 21, 2017;

2.) The Debtor herein has advised Counsel she has been on medical leave and has substantial outstanding medical indebtedness and no longer able to fund her Chapter13 Bankruptcy Plan; and

3.) The Debtor respectfully requests that this Chapter 13 Case be Dismissed at this time for the reasons stated herein.

WHEREFORE, the Debtor herein, Sandra Lynn Briner, respectfully request that this Chapter 13 Case be Dismissed at this time and for all other relief just and proper in the premises.

Respectfully submitted,

 /s/ John R. Himes
JOHN R. HIMES, #8638-84
HIMES LAW OFFICE
333 Walnut Street
P.O. Box 9475
Terre Haute, IN  47808-9475
(812) 235-7919

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Motion was served upon Mr. Donald L. Decker, Chapter 13 Trustee, P.O. Box 9237 Terre Haute, IN 47808-9237; U.S. Trustee Office, 101 West Ohio Street, Suite #1000, Indianapolis, IN  46204 by placing a copy of the same in the U.S. Mail, postage pre-paid this ___20th___ day of April 2018.

    /s/ John R. Himes
    JOHN R. HIMES
    Counsel for Debtor